**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1588**

JULIET WRIGHT,

        Plaintiff - Appellant,

    v.

JAMES CITY COUNTY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:12-cv-00153-RBS-LRL)

Submitted: January 15, 2015      Decided: January 20, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Juliet Wright, Appellant Pro Se. Allison Anne Kotula, JAMES CITY COUNTY ATTORNEY'S OFFICE, Williamsburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juliet Wright appeals the district court's order dismissing her complaint for her failure to comply with the magistrate judge's discovery order, and the district court's order denying her Fed. R. Civ. P. 59(e) motion seeking reconsideration of the court's dismissal order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wright v. James City Cnty., No. 4:12-cv-00153-RBS-LRL (E.D. Va. Mar 18, 2014; filed June 12, 2014, entered June 13 2014). We deny Wright's motion for judicial notice, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED